UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL PARKER,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>        Defendant. | No. 2:18-cv-01912 MCE CKD<br><br><br><u>ORDER</u> |

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") finding that she had excess resources for the period from January 2011 through June 2015 under Section 416.1201(a) of the Social Security Act.

On November 27, 2019, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party filed objections. The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

1

Accordingly, IT IS HEREBY ORDRED that:

1. The November 27, 2019, findings and recommendations (ECF No. 13) are ADOPTED in full;

2. Plaintiff's motion for summary judgment (ECF No. 9) is DENIED;

3. The Commissioner's cross-motion for summary judgment (ECF No. 11) is GRANTED; and

4. Judgment is entered for the Commissioner.

IT IS SO ORDERED.

Dated: March 10, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE